UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN L. CORRIGAN, SR.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT H. WHALEY, PAUL L. KIRKPATRICK, and CARL P. WARRING,<br><br>Defendants. | NO: 2:19-CV-0132-TOR<br><br>ORDER DENYING RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration. ECF No. 4. For the reasons previously stated by the Court while dismissing the Complaint and closing the file, ECF No. 2, the Motion for Reconsideration is **DENIED**.

The Clerk of Court shall enter this Order and furnish a copy to Plaintiff. No further motions will be entertained in this **closed** file.

**DATED** May 31, 2019.

THOMAS O. RICE
Chief United States District Judge

ORDER DENYING RECONSIDERATION ~ 1